

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MONIKA BATES,                           §            No. 08-15-00100-CV

     Appellant,          §            Appeal from the

v.                                      §            83rd District Court

PECOS COUNTY,                           §            of Pecos County, Texas

     Appellee.           §            (TC# P-7026-83-CV)

§

# **O R D E R**

The Court GRANTS the Joint Motion to Re-establish the Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the above numbered cause will be set for submission at a later date.

IT IS SO ORDERED this 13th day of April, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez and Hughes, JJ.